United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CHESAPEAKE EXPLORATION, L.L.C.,[1] | § § | Case No. 20-33239 (DRJ) |
| Reorganized Debtor. | § § § § § § | (Formerly Jointly Administered under Lead Case Chesapeake Energy Corporation, Case No. 23-33233) |
| | § | **Re: Docket No.  322** |

### ORDER (I) ENFORCING THE CONFIRMATION ORDER AND PLAN AGAINST THE REORGANIZED DEBTORS; AND (II) DECLARING THE MEC SETTLEMENT AND THE NON-MEC SETTLEMENT NULL AND VOID

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") for entry of an order (this "Order"), (a) enforcing the Confirmation Order and Plan with respect to the continued prosecution by the plaintiffs in the Pennsylvania Royalty Cases of any pre-Effective Date claims against the Reorganized Debtors; and (b) declaring that the MEC Settlement and the Non-MEC Settlement are null and void, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Reorganized Debtor Chesapeake Energy Corporation's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Pursuant to the confirmed plan and the Court's Confirmation Order, all persons are prohibited from commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any claim against any of the Debtors and/or the Reorganized Debtors that arose prior to the Effective Date of the confirmed plan. Any such pending claims shall be dismissed with prejudice with 14 days. Nothing herein shall affect any person's rights to seek lawful discovery from the Debtors and Reorganized Debtors.

2. The MEC Settlement and the Non-MEC Settlement are null and void.

3. Notice of the Motion hall be deemed good and sufficient notice and the requirements of Federal Rules of Bankruptcy Procedure and the Bankruptcy Local Rules are satisfied by such notice.

4. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: August 31, 2023.**

---
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**