United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Chesapeake Exploration, L.L.C.,[1] | § § | Case No. 20-33239 (CML) |
| Reorganized Debtor. | § § § § | (Formerly Jointly Administered under Lead Case Chesapeake Energy Corporation, 20-33233) |

**STIPULATION AND AGREED ORDER
REGARDING PROOF OF CLAIM NOS. 12957 AND 12985**

The above-captioned reorganized debtor (together with each of the reorganized debtors in the jointly-administered cases styled *Chesapeake Energy Corporation*, Case No. 20-33233, before the Effective Date of the Plan, the "Debtors," and after the Effective Date of the Plan, the "Reorganized Debtors") and Rodney and Dianna Mowry (the "Settlement Claimants") hereby enter into this stipulation and agreed order (this "Stipulation and Agreed Order") as follows[2]:

WHEREAS, on June 28, 2020 (the "Petition Date"), the Debtors, commenced chapter 11 cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court");

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Reorganized Debtor Chesapeake Energy Corporation's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Fifth Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and Its Debtor Affiliates* [Docket No. 2833] (the "Plan").

WHEREAS, on October 30, 2020, the Settlement Claimants filed Proof of Claim Nos. 12957 and 12985 based on alleged breaches of multiple oil and gas leases, including purported unauthorized deduction of prepetition and postpetition expenses;

WHEREAS, on January 16, 2021, the Court entered the *Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and Its Debtor Affiliates* [Docket No. 2915] (the "Confirmation Order"), confirming, as modified therein, the Plan.  On February 9, 2021, the Effective Date of the Plan occurred; and

WHEREAS, the Reorganized Debtors and the Settlement Claimants have consensually agreed, after good faith, arm's-length negotiations, to resolve the Settlement Claimants' Claims on the terms set forth in this Stipulation and Agreed Order.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** as follows:

1. The Settlement Claimants' Claims are hereby treated as follows:

| Claim No. | Filed Claim Amounts | Stipulated Treatment |
|---|---|---|
| Claim No. 12957 | Unsecured: $69,724.34<br>Admin: $4,204.57<br>Total: $73,928.91 | To be treated in accordance with the Plan as:<br><br>Class 7 General Unsecured Claim: $56,000<br>Admin: $7,134<br>Total: $63,134 |
| Claim No. 12985 | Unsecured: $69,724.34<br>Admin: $4,204.57<br>Total: $73,928.91 | Deemed withdrawn. |

2. The Settlement Claimants, for themselves and all that may claim through them, release all claims and/or purported claims against Debtors and Reorganized Debtors that arose prior to the Effective Date of the Fifth Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and its Debtor Affiliates, including without limitation, those asserted in any Proof of Claim filed by or on behalf of the Settlement Claimants.

3. The Settlement Claimants must complete and return a Form W-9 and equity registration form to the Reorganized Debtors prior to receiving a distribution, if any.

4. Epiq Corporate Restructuring, LLC is hereby authorized and directed to update the Claims on the Official Claims Register to reflect the terms of this Stipulation and Agreed Order.

5. Nothing in this Stipulation and Agreed Order shall be interpreted to impair in any way the rights, claims or defenses reserved under the Plan or Confirmation Order with regard to or on behalf of the Debtors, the Reorganized Debtors, and the Settlement Claimants, except to the extent inconsistent with the terms of the Stipulation and Agreed Order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Stipulation.

**IT IS SO ORDERED.**

Signed: December 05, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

**STIPULATED AND AGREED TO THIS 29th DAY OF NOVEMBER, 2023:**

**SIGNATURE BLOCK FOR COUNSEL**

/s/ *Ira Neil Richards*
Ira Neil Richards
Dilworth Paxson LLP
1500 Market St., Suite 3500E
Philadelphia, PA 19102
irichards@dilworthlaw.com

*Co-Counsel to the Settlement Claimants*

/s/ *Aaron D. Hovan*
Aaron D. Hovan
154 Warren St.
Tunkhannock, PA, 18657
aaron@hovanlaw.com

*Co-Counsel to the Settlement Claimants*

/**s**/ *J. Machir Stull*
**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Kristhy M. Peguero (TX Bar No. 24102776)
J. Machir Stull (TX Bar No. 24062656)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:      (713) 752-4221
Email:            mcavenaugh@jw.com
                     jwertz@jw.com
                     kpeguero@jw.com
                     vpolnick@jw.com

*Co-Counsel to the Reorganized Debtors*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            patrick.nash@kirkland.com
                     alexandra.schwarzman@kirkland.com

-and-

Daniel T. Donovan (admitted *pro hac vice*)
Alexandra I. Russell (admitted *pro hac vice*)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:     (202) 389-5000
Facsimile:      (202) 389-5200
Email:            ddonovan@kirkland.com
                     alexandra.russell@kirkland.com

*Co-Counsel to the Reorganized Debtors*

**Certificate of Service**

I certify that on November 29, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *J. Machir Stull*
J. Machir Stull