**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| | § |
| CHESAPEAKE EXPLORATION, L.L.C.,[1] | §  Case No. 20-33239 (CML) |
| | § |
| Reorganized Debtor. | §  (formerly Jointly Administered under |
| | §  Lead Case Chesapeake Energy |
| | §  Corporation, Case No. 20-33233) |
| | § |
| | §  **Ref. Docket Nos. 444 - 452** |

<u>**CERTIFICATE OF SERVICE**</u>

I, BENJAMIN JOHNSON, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Stipulation and Agreed Order Regarding Proof of Claim No. 13235," dated December 5, 2023 [Docket No. 444], (the "Order re Claim No. 13235"),

    b.  "Stipulation and Agreed Order Regarding Proof of Claim Nos. 13096 and 13118," dated December 5, 2023 [Docket No. 445], (the "Order re Claim Nos. 13096 and 13118"),

    c.  "Stipulation and Agreed Order Regarding Proof of Claim Nos. 13096 and 13118," dated December 5, 2023 [Docket No. 446], (the "Order re Claim Nos. 13096 and 13118"),

    d.  "Stipulation and Agreed Order Regarding Proof of Claim Nos. 12957 and 12985," dated December 5, 2023 [Docket No. 447], (the "Order re Claim Nos. 12957 and 12985"),

    e.  "Stipulation and Agreed Order Regarding Proof of Claim Nos. 13121 and 13145," dated December 5, 2023 [Docket No. 448], (the "Order re Claim Nos. 13121 and 13145"),

---

[1]  A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Reorganized Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

f.  "Stipulation and Agreed Order Regarding Proof of Claim Nos. 13137 and 13155," dated December 5, 2023 [Docket No. 449], (the "Order re Claim Nos. 13137 and 13155"),

g.  "Stipulation and Agreed Order Regarding Proof of Claim No. 13241," dated December 5, 2023 [Docket No. 450], (the "Order re Claim No. 13241"),

h.  "Stipulation and Agreed Order Regarding Proof of Claim Nos. 13220 and 13222," dated December 5, 2023 [Docket No. 451], (the "Order re Claim Nos. 13220 and 13222"),

i.  "Stipulation and Agreed Order Regarding Proof of Claim Nos. 13148 and 13168," dated December 5, 2023 [Docket No. 452], (the "Order re Claim Nos. 13148 and 13168"), and

j.  "Stipulation and Agreed Order Regarding Proof of Claim Nos. 13237," dated December 5, 2023 [Docket No. 446], (the "Corrected Order re Claim No. 13237"),

by causing a true and correct copies of the:

i.  Order re Claim No. 13235, Order re Claim Nos. 13096 and 13118, Order re Claim Nos. 13096 and 13118, Order re Claim Nos. 12957 and 12985, Order re Claim Nos. 13121 and 13145, Order re Claim Nos. 13137 and 13155, Order re Claim Nos. 13241, Order re Claim Nos. 13220 and 13222, and Order re Claim Nos. 13148 and 13168 to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A, On December 6, 2023,

ii.  Order re Claim No. 13235, Order re Claim Nos. 13096 and 13118, Order re Claim Nos. 13096 and 13118, Order re Claim Nos. 12957 and 12985, Order re Claim Nos. 13121 and 13145, Order re Claim Nos. 13137 and 13155, Order re Claim No. 13241, Order re Claim Nos. 13220 and 13222, and Order re Claim Nos. 13148 and 13168 to be delivered via electronic mail to: *irichards@dilworthlaw.com* and *aaron@hovanlaw.com*, On December 6, 2023,

iii.  Corrected Order re Claim No. 13237 to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A, On December 8, 2023, and

iv.  Corrected Order re Claim Nos. 13237 to be delivered via electronic mail to: *irichards@dilworthlaw.com* and *aaron@hovanlaw.com*, On December 8, 2023.

3.  The envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                        */s/ Benjamin Johnson*
                                        Benjamin Johnson

**EXHIBIT A**

Chesapeake Exploration, L.L.C.
Case No. 20-33239 (CML)
First Class Mail Master Service List

DILWORTH PAXSON LLP
(COUNSEL TO THE SETTLEMENT CLAIMANTS)
ATTN IRA NEIL RICHARDS
1500 MARKET ST., SUITE 3500E
PHILADELPHIA, PA 19102

AARON D. HOVAN
(COUNSEL TO THE SETTLEMENT CLAIMANTS)
154 WARREN ST.
TUNKAHANNOCK, PA 18657