IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Chesapeake Exploration, L.L.C.,[1] | § § | Case No. 20-33239 (CML) |
| Reorganized Debtor. | § § § § | (Formerly Jointly Administered under Lead Case Chesapeake Energy Corporation, 20-33233) |

**STIPULATION AND AGREED ORDER
REGARDING PROOF OF CLAIM NOS. 12945 AND 12964**

The above-captioned reorganized debtor (together with each of the reorganized debtors in the jointly-administered cases styled *Chesapeake Energy Corporation*, Case No. 20-33233, before the Effective Date[2] of the Plan, the "Debtors," and after the Effective Date of the Plan, the "Reorganized Debtors") and Timothy & Terri Tyler, Tyler 5 Family LP, Tim & Terri Family LP (the "Settlement Claimants" and together with the Debtors or Reorganized Debtors, as applicable, the "Parties") hereby enter into this stipulation and agreed order (this "Stipulation and Agreed Order") as follows:

WHEREAS, on June 28, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court");

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Reorganized Debtor Chesapeake Energy Corporation's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and Its Debtor Affiliates* [Case No. 20-33233, Docket No. 2915, Ex. A] (the "Plan").

WHEREAS, on October 30, 2020, the Settlement Claimants filed Proof of Claim Nos. 12945 and 12964 based on alleged breaches of an oil and gas lease, including purported unauthorized deduction of prepetition and postpetition expenses (the "Proofs of Claim").

WHEREAS, the Settlement Claimants filed a Request for Allowance and Payment of Administrative Claims dated June 9, 2021 based on alleged breaches of an oil and gas lease, including purported unauthorized deduction of prepetition and postpetition expenses (together with the Proofs of Claim, the "Claims");

WHEREAS, on January 16, 2021, the Court entered the *Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and Its Debtor Affiliates* [Docket No. 2915] (the "Confirmation Order"), confirming the Plan.

WHEREAS, the Effective Date of the Plan occurred on February 9, 2021 [Docket No. 3058]; and

WHEREAS, the Reorganized Debtors and the Settlement Claimants have consensually agreed, after good faith, arm's-length negotiations, to resolve the Settlement Claimants' Claims on the terms set forth in this Stipulation and Agreed Order.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** as follows:

1. The Settlement Claimants' Claims are hereby treated as follows:

| Claim No. | Filed Claim Amounts | Stipulated Treatment |
|---|---|---|
| Claim No. 12945 | Unsecured: $1,038,772.11<br>Admin: $81,316.41<br>Total: $1,120,088.52 | To be treated in accordance with the Plan as:<br><br>Class 7 General Unsecured Claim: $800,000<br>Admin: $67,000<br>Total: $867,000 |
| Claim No. 12964 | Unsecured: $1,038,772.11<br>Admin: $81,316.41 | Deemed withdrawn |

2

|  | Total: | $1,120,088.52 |  |

2. Any and all other relief, if any, sought pursuant to the Claims shall be disallowed.

3. The relief granted in this Stipulation and Agreed Order (a) shall be in full and final satisfaction, settlement, release and discharge of the claims asserted in the Claims, and (b) shall not be an admission as to the validity or amount of the claims asserted in the Claims and/or any other claims.

4. This Stipulation and Agreed Order fully and finally resolves the Claims, including any and all other claims, demands, actions, causes of action, liabilities, damages, debts, costs and expenses, covenants, obligations, contracts, controversies, promises, amounts owed, losses, fees, and deficiencies of every kind and character whatsoever, whether known or unknown, matured or unmatured, accrued or unaccrued, asserted or unasserted, at law or in equity with respect to the Claims that the Settlement Claimants did or could have asserted against the Debtors or the Reorganized Debtors.

5. The Parties hereby agree that each party shall bear its own costs and attorneys' fees and other expenses incurred related to the Claims and this Stipulation and Agreed Order

6. The Settlement Claimants must complete and return a Form W-9 and equity registration form, as applicable, to the Reorganized Debtors prior to receiving a distribution, if any.

7. Upon entry of this Stipulation and Agreed Order, Epiq Corporate Restructuring, LLC is hereby authorized and directed to update the Claims on the Official Claims Register to reflect the terms of this Stipulation and Agreed Order.

8. Nothing in this Stipulation and Agreed Order shall be interpreted to impair in any way the rights, claims or defenses reserved under the Plan or Confirmation Order with regard to

or on behalf of the Debtors, the Reorganized Debtors, and the Settlement Claimants, except to the extent inconsistent with the terms of the Stipulation and Agreed Order.

9. Neither this Stipulation and Agreed Order nor any negotiations and writings in connection with this Stipulation and Agreed Order are intended to, or shall be construed to (a) be evidence of or an admission on behalf of either Party regarding any claim, right or defense that such Party may have against the other Party; or (b) waive or otherwise modify any releases, exculpation, injunction, and discharge provided in the Plan or by operation of the Bankruptcy Code, except as explicitly provided herein.

10. This Stipulation and Agreed Order is immediately effective and enforceable upon its entry.

11. This Stipulation and Agreed Order is intended by the Parties to be binding upon their successors, agents, assigns, and any parent, subsidiary, or affiliated entity of the Parties.

12. The undersigned hereby represent and warrant they have full authority to execute this Stipulation and Agreed Order on behalf of the respective Parties and that the respective Parties have full knowledge of, and have consented to, this Stipulation and Agreed Order.  The Settlement Claimants represent that they have not sold, pledged, conveyed, assigned, or otherwise transferred any part of the Claims.

13. This Stipulation and Agreed Order shall not be modified, altered, amended, or supplemented except by a writing executed by the Parties.

14. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Stipulation.

**IT IS SO ORDERED.**

Signed: _____, 2024
Houston, Texas

CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

**STIPULATED AND AGREED TO THIS 18TH DAY OF OCOTBER, 2024:**

**SIGNATURE BLOCK FOR COUNSEL**

| | |
|---|---|
| */s/ Ira Neil Richards* <br> Ira Neil Richards <br> Dilworth Paxson LLP <br> 1500 Market St., Suite 3500E <br> Philadelphia, PA 19102 <br> irichards@dilworthlaw.com <br><br> *Co-Counsel to the Settlement Claimants* | */s/ Aaron D. Hovan* <br> Aaron D. Hovan <br> 154 Warren St. <br> Tunkhannock, PA, 18657 <br> aaron@hovanlaw.com <br><br> *Co-Counsel to the Settlement Claimants* |
| */s/ J. Machir Stull* <br> **JACKSON WALKER L.L.P.** <br> Matthew D. Cavenaugh (TX Bar No. 24062656) <br> Jennifer F. Wertz (TX Bar No. 24072822) <br> Kristhy M. Peguero (TX Bar No. 24102776) <br> J. Machir Stull (TX Bar No. 24070697) <br> 1401 McKinney Street, Suite 1900 <br> Houston, Texas 77010 <br> Telephone: (713) 752-4200 <br> Facsimile: (713) 752-4221 <br> Email: mcavenaugh@jw.com <br> jwertz@jw.com <br> kpeguero@jw.com <br> vpolnick@jw.com <br><br> *Co-Counsel to the Reorganized Debtors* | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) <br> Alexandra Schwarzman (admitted *pro hac vice*) <br> 333 W Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> Email: patrick.nash@kirkland.com <br> alexandra.schwarzman@kirkland.com <br><br> -and- <br><br> Daniel T. Donovan (admitted *pro hac vice*) <br> Alexandra I. Russell (admitted *pro hac vice*) <br> 1301 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 389-5000 <br> Facsimile: (202) 389-5200 <br> Email: ddonovan@kirkland.com <br> alexandra.russell@kirkland.com <br><br> *Co-Counsel to the Reorganized Debtors* |